UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   CV 25-3900 PVC                                  Date: August 25, 2025

Title      United States of America v. GSM Services LLC

Present: The Honorable Pedro V. Castillo, United States Magistrate Judge

|  Marlene Ramirez   |  None  |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**PROCEEDINGS:  [IN CHAMBERS] ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO SERVE PROCESS**

    Plaintiff filed this civil action on May 1, 2025.  (Dkt. No. 1).  The case was randomly assigned to the undersigned Magistrate Judge through the Court's Magistrate Judge Direct Assignment Program.  (Dkt. No. 5).  Pursuant to Federal Rule of Civil Procedure 4(m), Plaintiff was required to serve process in this action within 90 days of commencement of the action, or by July 30, 2025.  However, according to the Court's review of the docket, no proof of service has been filed in this action, and no defendant has appeared.

    Accordingly, Plaintiff is ORDERED TO SHOW CAUSE, within **14 days** of the date of this Order, why this action should not be returned to the civil wheel for reassignment to a District Judge with a recommendation that it be dismissed for failure to prosecute.  Fed. R. Civ. P. 41(b).  Plaintiff may discharge this Order by filing a proof of service.

    IT IS SO ORDERED.

|  | 00:00 |
|---|---|
| **Initials of Preparer** | mr |